# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACQUIN ENRIQUE TAYLOR,<br><br>           Plaintiff,<br>v.<br><br>PERRY RUSSELL,<br><br>           Defendant. | 3:21-cv-00434-ART-CSD<br><br>**ORDER** |

On June 21, 2023, Defendant filed his Motion for Summary Judgment (ECF No. 30) in this action. To date, Plaintiff has failed to oppose the motion.

Plaintiff shall be given an additional **thirty (30) days** from the date of this order within which to file a response to Defendant's Motion for Summary Judgment (ECF No. 30).

**IT IS SO ORDERED.**

DATED: August 7, 2023.

_____
UNITED STATES MAGISTRATE JUDGE